United States Bankruptcy Court
Southern District of Texas

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Patricia Longacre Alm<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–2686<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  Southern District of Texas | | |
| Case number: 24–30617 | | |

**ENTERED**
May 14, 2024
Nathan Ochsner, Clerk

## Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Patricia Longacre Alm
aka Patricia L. Alm, aka Patricia Alm, aka Patty L. Alm

5/14/24

**By the court:** Jeffrey P Norman
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                           **Order of Discharge**                           page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 24-30617-jpn
Patricia Longacre Alm  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4  User: admin  Page 1 of 3
Date Rcvd: May 14, 2024  Form ID: 318  Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Longacre Alm, PO Box 58871, Webster, TX 77598-8871 |
| 12637419 | + | Best Egg, PO Box 7606, Philadelphia, PA 19176-7618 |
| 12637425 | | Comenity Bank/Bread Rewards, Attn: Bankruptcy Department, PO Box 182789, Columbus, OH 43218-2789 |
| 12637435 | + | Landlord, 100 W Texas Ave, Apt. 1422, Webster, TX 77598-3268 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 12637413 | + | EDI: MAXMSAIDV | May 14 2024 23:59:00 | Aidvantage, Federal Student Aid Loan Servicing, PO Box 300001, Greenville, TX 75403-3001 |
| 12637414 | + | EDI: MAXMSAIDV | May 14 2024 23:59:00 | Aidvantage - Dept. of Education, Loan Servicing, PO Box 9635, Wilkes-Barre, PA 18773-9635 |
| 12637415 | + | Email/Text: bk@avant.com | May 14 2024 20:22:00 | Avant Credit, 222 W. Merchandise Mart Plaza, Ste. 900, Chicago, IL 60654-1105 |
| 12637417 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 14 2024 20:29:43 | Best Egg, 1523 Concord Pike, Ste. 201, Wilmington, DE 19803-3656 |
| 12637416 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 14 2024 20:29:43 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 12637419 | ^ | MEBN | May 14 2024 20:15:14 | Best Egg, PO Box 7606, Philadelphia, PA 19176-7618 |
| 12637418 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 14 2024 20:29:42 | Best Egg, 3419 Silverside Road, Wilmington, DE 19810-4801 |
| 12637422 | | EDI: CITICORP | May 14 2024 23:59:00 | CITI, P.O. BOX 6497, Sioux Falls, SD 57117-6497 |
| 12637420 | | EDI: CAPITALONE.COM | May 14 2024 23:59:00 | Capital One, Attn: Bankruptcy Dept., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 12637421 | + | Email/Text: bankruptcy.notifications@fisglobal.com | May 14 2024 20:22:00 | Chex Systems, Inc., Attn: Consumer Relations, 7805 Hudson Rd., Suite 100, Woodbury, MN 55125-1595 |
| 12637423 | + | EDI: CITICORP | May 14 2024 23:59:00 | Citi Cards, PO Box 790040, St. Louis, MO 63179-0040 |
| 12637424 | | EDI: WFNNB.COM | May 14 2024 23:59:00 | Comenity Bank/Bbbaby, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 12637426 | | EDI: WFNNB.COM | May 14 2024 23:59:00 | Comenity Bank/Carter's, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 12637427 | + | EDI: WFNNB.COM | May 14 2024 23:59:00 | Comenity Bank/Dell, Attn: Bankruptcy |

| District/off: 0541-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2024 | Form ID: 318 | Total Noticed: 44 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Department, PO Box 182120, Columbus, OH 43218-2120 |
| 12637429 | + | Email/PDF: creditonebknotifications@resurgent.com | May 14 2024 20:29:51 | Credit One Bank, Attn: Bankruptcy Dept., 6801 Cimarron Rd., Las Vegas, NV 89113-2273 |
| 12637428 | + | Email/PDF: creditonebknotifications@resurgent.com | May 14 2024 20:29:42 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 12637430 | | EDI: DISCOVER | May 14 2024 23:59:00 | Discover Card, Attn: Bankruptcy Dept., PO Box 3025, New Albany, OH 43054-3025 |
| 12637431 | | Email/Text: Bankruptcy@FMAAlliance.com | May 14 2024 20:20:00 | FMA Alliance, Ltd., 12339 Cutten Rd., Houston, TX 77066 |
| 12637433 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 14 2024 20:20:00 | Goldman Sachs Bank USA, Attn: Bankruptcy Dept., PO Box 70379, Philadelphia, PA 19176-0379 |
| 12637432 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 14 2024 20:20:00 | Goldman Sachs Bank USA, Attn: Bankruptcy Dept., Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 12637434 | + | Email/Text: PBNCNotifications@peritusservices.com | May 14 2024 20:19:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 12637436 | + | Email/Text: bkrgeneric@penfed.org | May 14 2024 20:18:00 | PenFed Credit Union, PO Box 247080, Omaha, NE 68124-7080 |
| 12637437 | + | Email/Text: bkrgeneric@penfed.org | May 14 2024 20:18:00 | Pentagon FCU, Attn: Bankruptcy Dept., PO Box 1432, Alexandria, VA 22313-1432 |
| 12637440 | + | EDI: SYNC | May 14 2024 23:59:00 | SYNCB/ Ashley Furniture, Attn: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 12637441 | + | EDI: SYNC | May 14 2024 23:59:00 | SYNCB/Amazon, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 12637442 | + | EDI: SYNC | May 14 2024 23:59:00 | SYNCB/Care Credit, Attn: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 12637443 | + | EDI: SYNC | May 14 2024 23:59:00 | SYNCB/JCP, ATTN: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 12637444 | + | EDI: SYNC | May 14 2024 23:59:00 | SYNCB/La-Z-Boy, ATTN: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 12637445 | + | EDI: SYNC | May 14 2024 23:59:00 | SYNCB/QVC, ATTN: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 12637446 | + | EDI: SYNC | May 14 2024 23:59:00 | SYNCB/Rooms to Go, ATTN: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 12637447 | + | EDI: SYNC | May 14 2024 23:59:00 | SYNCB/Verizon, ATTN: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 12637448 | + | EDI: SYNC | May 14 2024 23:59:00 | SYNCB/Walgreens, ATTN: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 12637439 | + | Email/Text: ssa.bankruptcy@ssa.gov | May 14 2024 20:20:00 | Social Security Administration, Southeastern Program Service Center, 1200 Rev. Abraham Woods Jr. Blvd., Birmingham, AL 35285-0003 |
| 12637438 | + | Email/Text: ssa.bankruptcy@ssa.gov | May 14 2024 20:20:00 | Social Security Administration, Attn: Benefit Overpayment, 6401 Security Blvd., Baltimore, MD 21235-6401 |
| 12637450 | + | EDI: WTRRNBANK.COM | May 14 2024 23:59:00 | Target National Bank, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 12637449 | | EDI: WTRRNBANK.COM | May 14 2024 23:59:00 | Target National Bank, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 12637451 | | Email/Text: epr@telecheck.com | May 14 2024 20:22:00 | TeleCheck Services, Inc., Attn: Bankruptcy Department, PO Box 6806, Hagerstown, MD |

| | | | | |
|---|---|---|---|---|
| 12640880 | ^ | MEBN | | 21741-6806 |
| | | | May 14 2024 20:15:46 | United States Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 |
| 12640881 | + | Email/Text: usatxs.bankruptcy@usdoj.gov | May 14 2024 20:19:00 | United States Attorneys Office, Civil Process Clerk, 1000 Louisiana Street, Suite 2300, Houston, TX 77002-5010 |
| 12637452 | + | EDI: LCIUPSTART | May 14 2024 23:59:00 | Upstart Network, Inc., Attn: Bankruptcy Dept., PO Box 1503, San Carlos, CA 94070-7503 |
| 12637453 | + | EDI: LCIUPSTART | May 14 2024 23:59:00 | Upstart Network, Inc., Attn: Bankruptcy Dept., 2950 South Delaware St., Ste. 3, San Mateo, CA 94403-2577 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 16, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Azwar-Radi M. Rashid | on behalf of Debtor Patricia Longacre Alm cmecfrashid@gmail.com RashidLawFirmPC@jubileebk.net;igotnoticesrashid@gmail.com;stephanie@rashidlawfirm.com |
| Randy W Williams | rww@bymanlaw.com rw13@trustesolutions.com;rw13@trustesolutions.net;rw11@trustesolutions.net;rww.trustee1@gmail.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 3